## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## MEMPHIS DIVISON

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Riyad Hijazi | ) | CASE NO. 21-20911 -jdl |
| Ruba Ahmad Nazzal | ) | |
| Debtor(s). | ) | |
| _____ | ) | |

**NOTICE OF FORBEARANCE AGREEMENT**

COMES NOW   U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee For RMTP Trust, Series 2021 BKM-TT-V ("Creditor"), secured creditor of the above-entitled Debtor(s), hereby provides notice that Creditor and Debtor(s) have entered into a forbearance agreement due to the impact of COVID-19. The forbearance agreement relates to the loan ending in #7272 hereinafter "Loan", Claim 16-1 which is secured by the real property located at 3780 Altruria Road, Bartlett, TN 38135. Under the forbearance agreement, payments due under the loan are suspended beginning with the payment due on August 1, 2021, through and including the payment due January 1, 2022. This Notice does not constitute an amendment and/or modification of the Loan.

This Notice does not constitute an amendment or modification to the Debtor(s) plan of reorganization, and does not relieve the Debtor(s) of the responsibility to amend or modify the plan of reorganization to reflect the deferral agreement, if required.

Date: December 22, 2021

**MCMICHAEL TAYLOR GRAY, LLC**
/s/ Mark A. Baker_____
Mark A. Baker, TNBPR 026055
Attorneys for Creditor
MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: (404) 474-7149
Facsimile: (404) 745-8121
E-mail: mbaker@mtglaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via Regular U.S. Mail and/or CM/ECF to the parties listed on the attached service list, this December 22, 2021.

**SERVICE LIST**

**VIA U.S. MAIL**
Riyad A. Hijazi
3780 Altruria Rd
Bartlett, TN 38135
    Debtor

Ruba Ahmad Nazzal
3780 Altruria Rd
Bartlett, TN 38135
    Debtor

**VIA CM//ECF**
Arthur Byrd
Law Office of Arthur A. Byrd, Jr.
116 Mulberry
Collierville, TN 38017
    Debtors' Attorney

Sylvia F. Brown, Esq.
Chapter 13 Trustee
200 Jefferson Avenue, Suite #1113
Memphis, TN 38103
    Trustee

**MCMICHAEL TAYLOR GRAY, LLC**
/s/ Mark A. Baker_____
Mark A. Baker, TNBPR 026055
Attorneys for Creditor
MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive, Suite 260
Atlanta, GA 30092
Telephone: (404) 474-7149
Facsimile: (404) 745-8121
E-mail: mbaker@mtglaw.com